FILED
FEB 13 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:19CR116 JMB |
| ) | |
| KENNETH A. GROOMS, II, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The St. Louis Metropolitan Police Department ("SLMPD") was a law enforcement agency in the Eastern District of Missouri.

2. Among other functions, the SLMPD was responsible for investigating crimes committed in St. Louis City, Missouri.

3. Defendant KENNETH A. GROOMS, II, was employed by the SLMPD as an officer.

4. Defendant KENNETH A. GROOMS, II, was sworn to uphold the United States Constitution as well as the laws of the State of Missouri.

## COUNT I

5. Paragraphs 1-4 of the General Allegations are incorporated by reference in this count.

6. On or about May 5, 2018, in St. Louis City, within the Eastern District of Missouri, the defendant,

KENNETH A. GROOMS, II,

while acting under color of law, willfully deprived "John Doe" of the right, protected and secured by the Fourth Amendment of the Constitution and laws of the United States, to be free from unreasonable seizure.

In violation of Title 18, United States Code, Section 242.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Jennifer A. Winfield, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
JENNIFER A. WINFIELD, #53350MO

Subscribed and sworn to before me this 13th day of February, 2019.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK