UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:19 CR 116 CDP |
| KENNETH A. GROOMS, II, ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that this case is set for jury trial on **Monday, July 8, 2019 at 8:30 a.m.** in Courtroom 14 South.

**IT IS FURTHER ORDERED** that a final pretrial hearing will be held on **Tuesday, July 2, 2019 at 3:30 p.m.** in Courtroom 14-South. At that hearing the parties will be expected to discuss the length of the trial and any evidentiary or other issues that may arise during trial, and to make a record of any plea offers that may have been made by the government and rejected by defendant as discussed in *Missouri v. Frye*, 566 U.S. 133, 145-47 (2012).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2019.